IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC VICENTE, | No. CIV S-09-2248-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| BEN CURRY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 16) to file a traverse. Good cause appearing therefor, the request is granted. Petitioner may file a traverse within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: April 21, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1